# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 8, 2022

Lyle W. Cayce
Clerk

No. 21-50803
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Hugo Villarreal-Solis,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:01-CR-314-1

Before Davis, Jones, and Elrod, *Circuit Judges*.

Per Curiam:[*]

Hugo Villarreal-Solis, federal prisoner # 12952-180, appeals the district court's denial of a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and of a motion asking the court to reconsider the denial of an earlier motion for compassionate release. He argues that he

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50803

has shown several extraordinary and compelling reasons for relief and that the factors listed in 18 U.S.C. § 3553(a) favor a reduction in sentence.

The district court's contrary assessment of the § 3553(a) factors is a sufficient basis for its denial of the § 3582(c)(1)(A)(i) motion, and this court owes deference to that assessment. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020). Villarreal-Solis shows only that he disagrees with how the court weighed the § 3553(a) factors, which is not a sufficient basis for reversal. *See id.* at 694. He has not briefed, and has therefore abandoned, any separate challenge to the denial of the motion for reconsideration. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). We accordingly AFFIRM the district court's ruling.